IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NESTOR LEON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | NO. CIV-20-1141-HE |
| | ) | |
| S.R. GRANT, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner Nestor Leon, a federal prisoner appearing *pro se*, filed a § 2241 petition and a motion for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. Judge Erwin ordered petitioner to cure deficiencies in his IFP motion. Petitioner did not respond to the order. Judge Erwin has now issued a Report and Recommendation recommending that the petition be dismissed. Petitioner has not objected to the Report, thereby waiving his right to appellate review of the legal and factual issues in it. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. #6] is **ADOPTED**. Petitioner's petition is **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 11th day of January, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE